# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| JERRY LEWIS FLOWERS, | : |
| Plaintiff, | : |
| VS. | : |
| Assistant District Atty LAURA WOOD, Attorney WILLIAM FOLSOM, and Warden GLEN JOHNSON, | :  NO. 7:11-CV-102 (HL) |
| Defendants. | : |
| | :  **O R D E R** |

*Pro se* Plaintiff **JERRY LEWIS FLOWERS** has filed a motion (Doc. 8) in which he asks this Court to reconsider its August 15, 2011 Order, in which the Court dismissed Plaintiff's complaint for failure to state a claim under 28 U.S.C. § 1915A. The Court has reviewed Plaintiff's motion and finds that Plaintiff has failed to suggest any valid reason that the Court should alter its Order. Accordingly, Plaintiff's motion to reconsider is hereby **DENIED.**

**SO ORDERED**, this 6th day of September, 2011.


*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr